UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 1:07cr83

   -vs-        HON. JACK ZOUHARY

Edward D Kienutske,

        Defendant.

### ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties and no objection was made within the required time.

THEREFORE , IT IS ORDERED

1. The Report and Recommendation of the Magistrate Judge filed 7/18/07, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Edward Kienutske's plea of guilty to Count 1 of the Indictment is accepted. Defendant is adjudicated guilty.

3. **Sentencing date of October 29, 2007 at 1:00 p.m. at 499 Federal Building, Grand Rapids, Michigan, before the Honorable Jack Zouhary is hereby confirmed.**

IT IS SO ORDERED.

                *s/    JACK ZOUHARY    10/16/07*
                United States District Judge